■ In the Matter of Dunn Garden Apartments, Inc., Respondent, against Commissioner of Assessment and Taxation of the City of Troy et al., Appellants. (Proceeding No. 1. 1957 Assessment.) In the Matter of

DUNN GARDEN APARTMENTS, INC., Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF TROY et al., Appellants. (PROCEEDING No. 2. 1958 Assessment.) In the Matter of DUNN GARDEN APARTMENTS, INC., Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF TROY et al., Appellants. (PROCEEDING No. 3. 1959 Assessment.) — Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before April 1, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.